UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CECIL BARRETT, JR., CYNTHIA BARRETT, JEAN BLANCO GUERRIER, JACQUELINE GRISSETT, CRAIG GRISSETT, STEVEN PARHAM, BETTY HOFFMAN, EDWARD HOFFMAN, DORIS MURRAY, JOSLYN DAY and KEISHA CHAVERS, on behalf of themselves and all others similarly situated,**<br><br>    **Plaintiffs,**<br>vs.<br><br>**OPTION ONE MORTGAGE CORPORATION and H&R BLOCK MORTGAGE CORP. N/K/A OPTION ONE MORTGAGE SERVICES, INC.**<br><br>    **Defendants.** | **C.A. NO. 08-10157-RWZ** |

**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs, Cecil Barrett, Jr., Cynthia Barrett, Jean Blanco Guerrier, Jacqueline Grissett, Craig Grissett, Steven Parham, Betty Hoffman, Edward Hoffman, Doris Murray, Joslyn Day and Keisha Chavers ("Plaintiffs"), submit this Motion in compliance L.R. 7.2 and with the Stipulated Protective Order filed in this matter on December 15, 2009 [Docket No. 65]. Pursuant to the Protective Order any motion, pleading or other submission that contains or attaches Confidential Material must be filed under seal. Plaintiffs hereby request permission to file the following under seal:

1. Plaintiffs' Memorandum in Support of Motion for Class Certification;

2. Deposition taken pursuant to Rule 30(b)(6) of Option One Mortgage Corporation (Vivian Olsen, Deponent), taken on October 14, 2009 (Kavanagh Decl. Ex. A);

3. Excerpts of the Deposition taken pursuant to Rule 30(b)(6) of Option One Mortgage Corporation (Dale Sugimoto, Deponent), taken on October 15, 2009 (Kavanagh Decl. Ex. B);

4. Class Certification Rebuttal Report of Patricia McCoy (Kavanagh Decl. Ex. C);

5. Class Certification Report of Ian Ayres (Kavanagh Decl. Ex. D);

6. Rebuttal Report of Darius Palia (Kavanagh Decl. Ex. E);

7. Reply Class Certification Report of Ian Ayres (Kavanagh Decl. Ex. F);

8. Deposition Transcript of Darius Palia, taken on June 1, 2010 (Kavanagh Decl. Ex. G);

9. Excerpts of the Deposition taken pursuant to Rule 30(b)(6) of Maritime Mortgage Corporation (James Brennan, Deponent), taken on March 23, 2010 (Kavanagh Decl. Ex. H);

10. Excerpts of the Deposition taken pursuant to Rule 30(b)(6) of People's Choice Mortgage (David Fasano, Deponent), taken on April 9, 2010 (Kavanagh Decl. Ex. I);

11. Excerpts of the Deposition taken pursuant to Rule 30(b)(6) of Contour Mortgage Corporation (John Veracka, Deponent) taken on April 28, 2010 (Kavanagh Decl. Ex. J);

12. Excerpts of the Deposition taken pursuant to Rule 30(b)(6) of NE Moves Mortgage, LLC (William Mullin, Deponent) taken on May 12, 2010 (Kavanagh Decl. Ex. K);

13. Excerpts of the Deposition taken pursuant to Rule 30(b)(6) of First Eastern Mortgage Corporation (Peter Fraser, Deponent) taken on May 12, 2010 (Kavanagh Decl. Ex. L).

In support of their motion, Plaintiffs state the following:

1. Each document contains references to material marked confidential by either one party or both.

2. The Parties held a Meet and Confer on June 16, 2010 and agreed that the documents would be filed under seal subject to a further Meet and Confer at which time

the Parties will evaluate which documents can be removed from seal and which documents can be redacted.

3. The Parties anticipate filing an additional motion consistent with the Protective Order filed in this case which will either remove the seal by consent or present disputed issues to the Court for decision.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion to file the above-referenced documents under seal.

Dated:  June 21, 2010

                              Respectfully submitted,

Cecil Barrett, Jr., Cynthia Barrett, Jean Blanco Guerrier, Jacqueline Grissett, Craig Grissett, Steven Parham, Betty Hoffman, Edward Hoffman, Doris Murray, Joslyn Day and Keisha Chavers, individually and on behalf of all others similarly situated,

By Their Attorneys

*/s/ Gary Klein*
Gary Klein (BBO # 560769)
Shennan Kavanagh (BBO # 655174)
Kevin Costello (BBO # 669100)
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA   02111-2810
Telephone:  (617) 357-5500 ext. 15
Facsimile:   (617) 357-5030

Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199

Stuart Rossman (BBO # 430640)
Charles Delbaum (BBO # 543225)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Flr.
Boston, MA 02110
Telephone:  (617) 542-8010
Facsimile:  (617) 542-8028

Al Hofeld, Jr.
LAW OFFICES OF
   AL HOFELD, JR., LLC
1525 East 53rd Street, Suite #903
Chicago, IL 60615
Telephone:   (773) 241-5844

Jeffrey L. Taren (admitted *pro hac vice*)
KINOY, TAREN & GERAGHTY P.C.
224 South Michigan Avenue
Suite 300
Chicago, IL 60604
Telephone:  (312) 663-5210
Facsimile:   (312) 663-6663

Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone:   (312) 332-3400

Samuel H. Rudman
Robert M. Rothman
ROBBINS GELLER
   RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  (631) 367-7100
Facsimile:   (631) 367-1173

**RULE 7.1 CERTIFICATION**

4

      I, Gary Klein, hereby certify that I conferred with counsel for Defendants on June 16, 2010 at which time they agreed to the procedures outlined in this motion. I sent an electronic version of the motion to counsel for the Defendants on June 21, 2010, seeking permission to file unopposed and did not receive a response in time to include it with this certification.

                                  */s/ Gary Klein*  
                                  Gary Klein