UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CECIL BARRETT, JR., CYNTHIA BARRETT, JEAN BLANCO GUERRIER, JACQUELINE GRISSETT, CRAIG GRISSETT, STEVEN PARHAM, BETTY HOFFMAN, EDWARD HOFFMAN, DORIS MURRAY, JOSLYN DAY and KEISHA CHAVERS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>OPTION ONE MORTGAGE CORPORATION and H&R BLOCK MORTGAGE CORP. N/K/A OPTION ONE MORTGAGE SERVICES, INC.<br><br>        Defendants. | C.A. NO. 08-10157-RWZ<br><br><br>**Leave to File Granted<br>June 18, 2010** |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION**


# FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER