IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CECIL BARRETT, JR., CYNTHIA BARRETT, JEAN BLANCO GUERRIER, ANGELIQUE M. BASTIEN, JACQUELINE GRISSETT, CRAIG GRISSETT, STEVEN PARNHAM, BETTY HOFFMAN, EDWARD HOFFMAN, DORIS MURRAY, JOSLYN DAY and KEISHA CHAVERS, on behalf of themselves and all others similarly situated,** <br><br> Plaintiffs, <br><br> v. <br><br> **OPTION ONE MORTGAGE CORPORATION and H&R BLOCK MORTGAGE CORP. N/K/A OPTION ONE MORTGAGE SERVICES, INC.** <br><br> Defendants. | C.A. NO. 08-10157-RWZ |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO
PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendants Sand Canyon Corporation, f/k/a Option One Mortgage Corporation, and Ada Services Corporation, f/k/a Option One Mortgage Services, Inc., f/k/a H&R Block Mortgage Corporation ("Defendants"), in the above-captioned matter hereby notify Plaintiffs and the Court that they do not oppose Plaintiffs' Motion to File Documents Under Seal, filed and served on June 21, 2010.

Dated:  June 24, 2010

    Respectfully submitted,

    SAND CANYON CORPORATION, F/K/A OPTION ONE MORTGAGE CORPORATION, AND ADA SERVICES CORPORATION, F/K/A OPTION ONE MORTGAGE SERVICES, INC., F/K/A H&R BLOCK MORTGAGE CORP.

    By their Attorneys

    O'MELVENY & MYERS LLP
    Brian P. Brooks
    Elizabeth Lemond McKeen


    /s/ Elizabeth Lemond McKeen
    Elizabeth Lemond McKeen
    *Admitted Pro Hac Vice* (CA SBN 216690)
    O'MELVENY & MYERS LLP
    610 Newport Center Drive, 17th Floor
    Newport Beach, CA  92660-6429
    (949) 760-9600
    emckeen@omm.com

## **CERTIFICATE OF SERVICE**

  I, Elizabeth Lemond McKeen, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 24, 2010.

            /s/ Elizabeth Lemond McKeen
            Elizabeth Lemond McKeen
            emckeen@omm.com