# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **CECIL BARRETT, JR., CYNTHIA BARRETT, JEAN BLANCO GUERRIER, JACQUELINE GRISSETT, CRAIG GRISSETT, STEVEN PARHAM, BETTY HOFFMAN, EDWARD HOFFMAN, DORIS MURRAY, JOSLYN DAY and KEISHA CHAVERS, on behalf of themselves and all others similarly situated,**<br><br>        **Plaintiffs,**<br>**v.**<br><br>**OPTION ONE MORTGAGE CORPORATION and H&R BLOCK MORTGAGE CORP. N/K/A OPTION ONE MORTGAGE SERVICES, INC.**<br><br>        **Defendants.** | | **C.A. NO. 08-10157-RWZ** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Cecil Barrett, Jr., Cynthia Barrett, Jean Blanco Guerrier, Jacqueline Grissett, Craig Grissett, Steven Parham, Betty Hoffman, Edward Hoffman, Doris Murray, Joslyn Day and Keisha Chavers (collectively, "Plaintiffs") and defendants Option One Mortgage Corporation and H&R Block Mortgage Corporation (collectively, "Defendants,"), by and through their counsel, hereby stipulate to the dismissal of all of plaintiffs' claims in this case, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  August 21, 2013

Respectfully submitted,

On behalf of Defendants:


/s/ Elizabeth Lemond McKeen
Elizabeth Lemond McKeen
emckeen@omm.com
Danielle N. Oakley
doakley@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA  92660-6429
Tel: (949) 760-9600

On behalf of Plaintiffs:


/s/ Shennan Kavanagh
Shennan Kavanagh
kavanagh@kkcllp.com
Gary Klein
klein@kkcllp.com
KLEIN KAVANAGH COSTELLO, LLP
85 Merrimac Street
Boston, MA  02114
Tel: (617) 357-5500

## CERTIFICATE OF SERVICE

I, Elizabeth Lemond McKeen, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first-class mail, postage prepaid, on August 21, 2013.

*/s/ Elizabeth Lemond McKeen*